MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C.
Laurence A. Schoen (*pro hac vice*)
laschoen@mintz.com
Mathilda S. McGee-Tubb (*pro hac vice*)
msmcgee-tubb@mintz.com
Cesar M. Dulanto, SBN 318650
cmdulanto@mintz.com
3580 Carmel Mountain Road, Suite 300
San Diego, California 92130
Telephone:  858-314-1500
Facsimile:  858-314-1501

Attorneys for Defendant
Teva Pharmaceuticals International GmbH

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| THE SCRIPPS RESEARCH INSTITUTE,<br><br>Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS INTERNATIONAL GMBH,<br><br>Defendant. | Case No. 3:21-cv-02068-AJB-DDL<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br>Dept.:     Courtroom 4A – 4th Floor<br>Judge:     Hon. Anthony J. Battaglia<br>Magistrate Judge: Hon. David D. Leshner<br><br>Date First Amended Complaint Filed: March 15, 2022 |

1  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff The Scripps Research
2  Institute ("Scripps") and Defendant Teva Pharmaceuticals International GmbH
3  ("Teva") hereby stipulate to the dismissal, with prejudice, of this action and all
4  claims asserted in this action.  Each party shall bear its own attorneys' fees and
5  costs, and all rights of appeal are waived.

6
7  Dated: August 10, 2023                    MINTZ LEVIN COHN FERRIS
                                             GLOVSKY AND POPEO PC
8
9                                    By:    */s/ Laurence A. Schoen*
                                             Laurence A. Schoen
10                                           Mathilda S. McGee-Tubb
                                             Cesar M. Dulanto
11
                                             Attorneys for Defendant
12                                           TEVA PHARMACEUTICALS
                                             INTERNATIONAL GMBH
13
14 Dated:  August 10, 2023                   KEKER, VAN NEST & PETERS LLP
15
16                                    By:    */s/ Laurie Carr Mims*
                                             STUART L. GASNER
17                                           LAURIE CARR MIMS
                                             BAILEY W. HEAPS
18                                           MAYA PERELMAN
                                             VICTOR H. YU
19
                                             Attorneys for Plaintiff
20                                           THE SCRIPPS RESEARCH INSTITUTE
21
22
23
24
25
26
27
28

1

JOINT STIPULATION OF DISMISSAL
Case No. 3:21-cv-02068-AJB-DDL

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, I am employed in the county of Suffolk, in the Commonwealth of Massachusetts, and I am not a party to the above-entitled action.

On August 10, 2023, I served a copy of the **JOINT STIPULATION OF DISMISSAL** by electronically filing the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

```
sgasner@keker.com
lmims@keker.com
bheaps@keker.com
mperelman@keker.com
vyu@keker.com
```

I hereby certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am currently admitted *pro hac vice* to the Bar of this Court. Executed on August 10, 2023.

*/s/ Laurence A. Schoen*
Laurence A. Schoen